UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY KELLY,<br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE PARTNERS, LLC<br>a Massachusetts Corporation and<br>STEVEN KAPLAN,<br>    Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO.<br>) 16-11694-DPW<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

WOODLOCK, D.J.

    In accordance with this Court's Memorandum and Order for Judgment issued on this day (ECF #157), granting Defendants' Motion for Summary Judgment, it is hereby ORDERED:

    Judgment for the Defendant, Riverside Partners, LLC, in the amount of $250,000, with pre-judgment interest as follows:

a) as to $20,815.57 to run from March 24, 2017, in the amount of $3,561.75,
b) as to $3,766.86 to run from April 25, 2017, in the amount of $623.07; and,
c) as to $225,417.57 to run from May 18, 2017, in the amount of $36,363.26,

    For a total judgment of $290,548.08, with post-judgment interest in accordance with 28 U.S.C. § 1961.

                                    BY THE COURT,

                                    ***/s/ Barbara I. Beatty***

DATED: July 25, 2019              Deputy Clerk

NOTE: The post judgment rate effective this date is 1.95%.