# United States Court of Appeals
## For the First Circuit

No. 19-1856

GREGORY KELLY,

Plaintiff, Appellant,

v.

RIVERSIDE PARTNERS, LLC, a Massachusetts Corporation;
STEVEN F. KAPLAN, individually,

Defendants, Appellees.

**JUDGMENT**

Entered: July 6, 2020

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Colin Hagan
David J. Shlansky
Daniel C. Winston
John C. Calhoun