# United States Court of Appeals
## For the First Circuit

No. 19-1856

GREGORY KELLY,

Plaintiff - Appellant,

v.

RIVERSIDE PARTNERS, LLC, a Massachusetts Corporation; STEVEN F. KAPLAN, individually,

Defendants - Appellees.

**MANDATE**

Entered: July 27, 2020

In accordance with the judgment of July 6, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
John C. Calhoun
Colin Hagan
David J. Shlansky
Daniel C. Winston